UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALVIN PERKINS,

    Plaintiff,

v.

MARSHALL SAIPHER,

    Defendant.

No. 2:19-cv-02096-TLN-CKD

**ORDER**

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2021 the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the order was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2021 are ADOPTED IN FULL; and

2. Plaintiff's Second Amended Complaint is DISMISSED without further leave to amend.

3. The Clerk of Court is directed to close the case.

DATED: May 20, 2021

Troy L. Nunley
United States District Judge